ROSALINDA MORINI, Appellant, *v.* OTTO H. KAHN, Respondent.

MARTIN, J. (dissenting). I dissent. The plaintiff is entitled to an immediate trial. The efforts of the defendant to postpone the trial appear to have been successful to date. Assuming that this court believes there is merit to the reasons set forth requesting delay, the plaintiff would now be entitled to the stipulation demanded. Merrell, J., concurs.

CLARENCE H. FAY and BENJAMIN G. GLOVER, as Substituted Trustees, etc., of JOHN CROMWELL, Deceased, Appellants, v. ANNE F. MOEHLENPAH and ALICE MOEHLENPAH, Respondents, Impleaded with Others.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [See *post*, p. 725.]

* Affd., 260 N. Y. 613.